# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO (TOLEDO)

| | |
|---|---|
| IN RE: | * CASE NO. 13-33522 |
| | * CHAPTER 13 |
| | * JUDGE MARY ANN WHIPPLE |
| ROBERT FRANCIS NICOLOSI | * TRUSTEE ELIZABETH VAUGHAN |
| KATHRYN ANN NICOLOSI | * |
| | * ***NOTICE OF CHANGE OF ADDRESS*** |
| Debtors | * |

Now come the Debtors Defendants Robert and Kathryn Nicolosi, by and through counsel, and hereby give notice to this Honorable Court that their address has changed.

**New Address**:   2 Trotters Circle, Delaware, Ohio 43015

> Respectfully submitted,
> /s/ Deborah L Mack   #0067347
> Post Office Box 486, Mansfield, OH   44901
> (419) 524-4683 * (419) 524-4685 facsimile
> debbie@ohiodebtrelief.lawyer
> Attorney for Debtors

## CERTIFICATE OF ERVICE

I certify that on August 16, 2016, a true and correct copy of Notice of Change of Address was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| Elizabeth Vaughn, Trustee | (Registered address)@usdoj.gov |
| US Trustee | (Registered address)@usdoj.gov |

> /s/Deborah L. Mack