# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO (TOLEDO)

| | |
|---|---|
| IN RE: | * CASE NO. 13-33522 |
| | * CHAPTER 13 |
| | * JUDGE MARY ANN WHIPPLE |
| ROBERT FRANCIS NICOLOSI | * TRUSTEE ELIZABETH VAUGHN |
| KATHRYN ANN NICOLOSI, | * |
| Debtors | * ***NOTICE OF SECOND CHANGE OF*** |
| | * ***ADDRESS AS TO KATHRYN NICOLOSI*** |
| | * ***ONLY*** |
| | * |

Now comes the Debtor, Kathryn Ann Nicolosi, by and through counsel, and hereby gives notice to this Honorable Court that her address has changed for the second time.

**New Address**: 2022 Victory Road, Lot 84, Marion, OH 43302

Respectfully submitted,
/s/ Deborah L Mack   #0067347
Post Office Box 486, Mansfield, OH   44901
(419) 524-4683 * (419) 524-4685 facsimile
debbie@ohiodebtrelief.lawyer
Attorney for Debtors

## CERTIFICATE OF ERVICE

I certify that on February 9, 2017, a true and correct copy of Notice of Change of Address was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Elizabeth Vaughn, Trustee   (Registered address)
US Trustee   (Registered address)@usdoj.gov

/s/Deborah L. Mack